O

1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,            )
                                          )
12                 Plaintiff,             )      SA 07-265M
                                          )
13        v.                              )   ORDER OF DETENTION AFTER HEARING
                                          )        (18 U.S.C. § 3142(i))
14   JOSE LUIS RIVERA-CARBAJAL,           )
                                          )
15                 Defendant.             )
     _____ )

16

17                                   I.

18   A.  ( ) On motion of the Government involving an alleged

19        1.  ( )  crime of violence;

20        2.  ( )  offense with maximum sentence of life imprisonment or death;

21        3. ( )   narcotics or controlled substance offense with maximum sentence of ten or more years

22                 (21 U.S.C. §§  801,/951, et. seq..,/955a);

23        4.  ( )  felony - defendant convicted of two or more prior offenses described above.

24   B.  On motion  ( ) (by the Government) / ( ) (by the Court sua sponte involving)

25        1.  ( X )    serious risk defendant will flee;

26        2.  ( )  serious risk defendant will

27            a. ( )   obstruct or attempt to obstruct justice;

28            b. ( )   threaten, injure, or intimidate a prospective   witness or juror or attempt to do so.

---

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

1              II.

2    The Court finds no condition or combination of conditions will reasonable assure:

3    A.  ( X )    appearance of defendant as required; and/or

4    B.  ( ) safety of any person or the community;

5              III.

6    The Court has considered:

7    A.  ( x ) the nature and circumstances of the offense;

8    B.  (x) the weight of evidence against the defendant;

9    C.  (x) the history and characteristics of the defendant;

10   D.  ( ) the nature and seriousness of the danger to any person or to the community.

11             IV.

12   The Court concludes:

13   A.  ( ) Defendant poses a risk to the safety of other persons or the community because:

14

15   B.  (x )    History and characteristics indicate a serious risk that defendant will flee because:

16        **Defendant is undocumented.  He has no ties to the community and no bail**

17        **resources.**

18

19   C.  ( ) A serious risk exists that defendant will:

20        1. ( )   obstruct  or  attempt to  obstruct  justice;

21        2. ( )   threaten, injure or intimidate a witness/ juror; because:

22

23   D.  ( ) Defendant has not rebutted by sufficient evidence to the contrary the presumption

24        provided in 18 U.S.C. § 3142 (e).

25   ///

26   ///

27   ///

28   ///

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

CR - 94 (02/94)              - 2 -              Page 2 of 3

1    IT IS ORDERED that defendant be detained prior to trial.

2    IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections

3  facility separate from persons awaiting or serving sentences or person held pending appeal.

4    IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private

5  consultation with his counsel.

6

7  Dated: September 27, 2007

8                                                          _____

9                                                          Marc L. Goldman
                                                           U.S. Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**